# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN OSMAN ALI, | Case No. 1:17-cv-00785-LJO-SKO |
| Plaintiff, | **ORDER DIRECTING CLERK TO CLOSE CASE** |
| v. | **(Doc. 13)** |
| EARLY WARNING SERVICES, LLC, | |
| Defendant. | |

On July 10, 2017, Plaintiff filed a Notice of Voluntary Dismissal, in which he notified the Court that this action "is voluntarily dismissed . . . without prejudice." (Doc. 13.) Plaintiff filed this notice before Defendant served either an answer or a motion for summary judgment. As such, this matter has been voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **July 12, 2017**        /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE